No. 11–8868. DAVIS v. LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied. ▆▆▆▆▆▆▆▆▆▆

No. 11–8871. PAGTAKHAN v. FOULK. C. A. 9th Cir. Certiorari denied.

No. 11–8872. JONES v. BOWERSOX, SUPERINTENDENT, SOUTH CENTRAL CORRECTIONAL FACILITY. C. A. 8th Cir. Certiorari denied.

No. 11–8873. DOMINGO FELISCIAN v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 11–8874. GIBBS v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 10th Cir. Certiorari denied. ▆▆▆▆▆▆

No. 11–8875. KELLY v. UNIVERSITY HEALTH SYSTEMS ET AL. C. A. 4th Cir. Certiorari denied. ▆▆▆▆▆▆

No. 11–8877. SANTOS MENDOZA v. MCDONALD, CHIEF DEPUTY WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. ▆▆▆▆

No. 11–8878. CARTER v. SISTO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8879. ARAFET v. CONNOLLY, SUPERINTENDENT, FISHKILL CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–8886. THOMAS v. CALIFORNIA (two judgments). Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 11–8897. TIBURCIO v. OBAMA, PRESIDENT OF THE UNITED STATES. C. A. D. C. Cir. Certiorari denied. ▆▆▆▆▆▆

No. 11–8899. VIRAY v. SMITH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–8902. MATHIS v. SCRIBNER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–8912. ABASCAL v. BELLAMY ET AL. C. A. 2d Cir. Certiorari denied.